**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00735-CR
_____

### CORDARRELL CHARLES CARROLL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 69718**

## ORDER

Appellant is represented by retained counsel, **Lott J. Brooks, III**. No reporter's record has been filed in this case. Stacy Thomas, the official court reporter for the 149th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On November 13, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of

notice, provided this court with proof of payment for the record.  *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Accordingly, we order appellant's retained counsel, **Lott J. Brooks, III**, to file a brief in this appeal on or before February 3, 2014.  If **Lott J. Brooks, III,** does not timely file the brief as ordered, we will abate this appeal for a hearing in the trial court.  *See* Tex. R. App. P. 38.8(b).

PER CURIAM